# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIA LIVINGSTON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 22-2257 |
| **v.** | : | |
| | : | |
| **ALWAYS BEST CARE SENIOR SERVICES** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 22nd day of March 2024, upon consideration of Defendant's *motion for summary judgment*, (ECF 24), Plaintiff's response in opposition, (ECF 30), and Defendant's reply, (ECF 33), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for summary judgment is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of Defendant Always Best Care Senior Services and against Plaintiff Kia Livingston.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*